UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
14 APR -8 PM 3:41

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____D07_____ DEPUTY

| UNITED STATES OF AMERICA, | CASE NO. 13CR4023-L |
|---|---|
| Plaintiff, | |
| vs. | JUDGMENT OF DISMISSAL |
| ALFREDO GONZALEZ VERA (1), | |
| Defendant. | |

   IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__XX__ an indictment has been filed in another case (14CR0157-L) against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____ the Court has dismissed the case for unnecessary delay; or

____ the Court has granted the motion of the Government for dismissal, without prejudice; or

____ the Court has granted the motion of the defendant for a judgment of acquittal; or

____ a jury has been waived, and the Court has found the defendant not guilty; or

____ the jury has returned its verdict, finding the defendant not guilty;

__XX__ of the offense(s) as charged in the Information:

   21:952 AND 960 - IMPORTATION OF METHAMPHETAMINE

   IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: APRIL 7, 2014

_____
M. James Lorenz
U.S. District Judge